DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **MELVIN A. PETRUS** | : | CIVIL ACTION |
| v. | : | |
| **U.S. GOVERNMENT** | : | NO. 16-53 |

## MEMORANDUM

**Savage, J.**                                                                               **February 25, 2020**

In this action brought under the Federal Tort Claims Act, 28 U.S.C. § 2679, plaintiff Melvin Petrus alleges that he suffered a rash after he was administered flu and shingles vaccines at the Veterans Administration facility. He candidly avers that a biopsy did not identify the vaccines as the cause of his rash. Nevertheless, without any basis to connect the rash to any act of the government, he asserts a claim for strict liability.

The FTCA waives the United States' sovereign immunity for negligence. 28 U.S.C. § 2674. It does not for strict lability. *Ward v. United States*, 471 F.2d 667, 670 (3d Cir. 1973) (citing *Laird v. Helms*, 406 U.S. 797 (1972). The government is not a guarantor of the plaintiff's health and safety. The FTCA precludes imposition of liability where there is no negligence. *Id.* Thus, in the absence of any negligence, the FTCA does not waive immunity.